IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Smith, Jessie M

Printed: 03/10/09

Case Number: 07 B 12323
Judge: Wedoff, Eugene R
Filed: 7/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 15, 2009
Confirmed:  September 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,660.00 |  |
| Secured: |  | 3,723.96 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,914.00 |
| Trustee Fee: |  | 422.04 |
| Other Funds: |  | 600.00 |
| Totals: | 7,660.00 | 7,660.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,914.00 | 2,914.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 4,288.98 | 3,723.96 |
| 5. | Internal Revenue Service | Priority | 7,409.87 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 69.80 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 140.71 | 0.00 |
| 8. | Nationwide Acceptance Corp | Unsecured | 476.05 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 44.82 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 114.01 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 33.02 | 0.00 |
| 12. | Capital One | Unsecured | 31.07 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 86.13 | 0.00 |
| 14. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 15. | AFNI | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,608.46 | $ 6,637.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 186.84 |
| 6.5% | 156.00 |
| 6.6% | 79.20 |
|  | $ 422.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Jessie M | Case Number: 07 B 12323 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 7/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*